UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Richard Molinari

                       Plaintiff,

v.                                                    Case No.: 1:18–cv–01526
                                                                  Honorable Sara L. Ellis

Financial Asset Management Systems, Inc.

                       Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, August 21, 2018:

      MINUTE entry before the Honorable Michael T. Mason:Status hearing held. Settlement conference scheduled for 2/28/19 at 1:30 p.m. The parties were informed that the settlement conference will be before the newly appointed Magistrate Judge and are to abide by that Court's standing orders regarding settlement. (rbf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.