IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD MOLINARI,<br><br>Plaintiff, on behalf of himself and a class of Similarly situated individuals,<br><br>v.<br><br>FINANCIAL ASSET MANAGEMENT SYSTEMS, INC.,<br><br>Defendant. | Case No.: 1:18-cv-01526<br><br>Honorable Judge Sara L. Ellis |

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

RICHARD MOLINARI ("Plaintiff") by and through his attorney, James C. Vlahakis and moves this Court for the entry of an order extending the current discovery deadline from October 1, 2018 to December 3, 2018.

1. On February 28, 2018, Plaintiff on behalf of himself and a class of similarly situated people, filed the above-captioned civil action seeking redress for Defendant's violations of the Telephone Consumer Protection Act ("TCPA") and the, the Fair Debt Collection Practices Act ("FDCPA"), and Illinois Deceptive Business Practices Act ("ICFA").

2. After the initial status hearing, this court entered a minute entry setting the deadline for fact discovery to close is currently set for October 1, 2018.

1

3. Both parties have issues and responded to discovery request. However, despite diligently attempting to complete discovery, both the Defendant and Plaintiff need additional time to complete discovery in this case.

4. For example, Defendant is currently searching through its own records and third party records to identify the potential universe of putative class members relative to Plaintiff' TCPA claim which alleges that Defendant violated the TCPA by causing prerecorded messages to appear in Plaintiff's voicemail.

5. Plaintiff is currently in the process of supplementing his discovery responses relative to the discovery request. Defendant is seeking information regarding the undersigned Counsel's qualification as a class counsel.

6. Until the parties can complete this discovery, it would not be cost-effective to undertake oral discovery of the parties and witnesses or issue additional written discovery. Additionally, after Defendant identifies putative class members, Plaintiff intends to issue a second set of written discovery requests.

7. In further support of this Motion, Plaintiff intends to narrow the scope of the operative Complaint, while also includes amending the Complaint to eliminate aspect the current TCPA claims and allege an additional violation of the FDCPA relating to factual matters currently asserted on the face of the operative Complaint which requires additional.

8. This motion is not intended for the purposes of delay, good cause exists for the extension of discovery deadline, and no party would be unduly prejudiced.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an Order extending the fact discovery deadline from October 1, 2018 to December 3, 2018, and grant such other relief this Court deems equitable and just.

Respectfully submitted,

s/ James C. Vlahakis
James C. Vlahakis, Esq.
Counsel for Plaintiff
2500 S Highland Ave, Suite 200
Lombard, Illinois 60148
(630) 575-8181 (phone)
jvlahakis@sulaimanlaw.com

## CERTIFICATE OF SERVICE

      I, James C. Vlahakis, an attorney, hereby certifies that on September 20, 2018, the foregoing **UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY** was filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                <u>/s/ James C. Vlahakis</u>

                                                James C. Vlahakis, Esq.
                                                Counsel for Plaintiff
                                                2500 S Highland Ave, Suite 200
                                                Lombard, Illinois 60523
                                                630-575-8181
                                                jvlahakis@sulaimanlaw.com