# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHARD MOLINARI,<br><br>Plaintiff, on behalf of himself and a class of Similarly situated individuals,<br>v.<br><br>FINANCIAL ASSET MANAGEMENT SYSTEMS, INC.,<br><br>Defendant. | Case No.: 1:18-cv-01526<br><br>Honorable Judge Sara L. Ellis |

## **AGREED MOTION TO EXTEND DISCOVERY DEADLINE**

RICHARD MOLINARI ("Plaintiff") by and through his attorney, James C. Vlahakis and moves this Court for the entry of an order extending the current discovery deadline from December 3, 2018 to March 4, 2019:

1. On February 28, 2018, Plaintiff on behalf of himself and a class of similarly situated people, filed the above-captioned civil action seeking redress for Defendant's violations of the Telephone Consumer Protection Act ("TCPA") and the, the Fair Debt Collection Practices Act ("FDCPA"), and Illinois Deceptive Business Practices Act ("ICFA").

2. Among other things, Plaintiff alleges that Defendant violated the TCPA by sending pre-recorded messages to Plaintiff's cellular telephone without his consent to collect a debt owed by his wife.

3. Defendant has recently produced two spread sheets identifying telephone numbers which were obtained from skip trace searches. Defendant has also produced dozens of spread sheets which identify "successful"

1

transmission of voicemails to telephone numbers which were obtained from the aforementioned skip traces. Defendant contends that the voicemails do not violate the TCPA despite being pre-recorded because the messages were placed with technology that did not result in the placement of traditional telephone calls. Plaintiff disputes the validity of Defendant's defense.

4. Based upon the production of the spread sheets, Plaintiff has recently made a class-based settlement demand. Defendant has passed the demand to its insurer. Both sides intend to negotiate in good faith.

5. Because the data was only recently produced, Plaintiff approached Defendant to extend discovery for three more months. Defendant and Plaintiff need additional time to complete discovery in this case. Accordingly, Defendant's counsel consented to this motion being filed as an "agreed" motion.

6. Good cause exists to extend the current discovery deadline, and no party would be unduly prejudiced.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an Order extending the fact discovery deadline from December 3, 2018 to March 4, 2019, and grant such other relief this Court deems equitable and just.

Respectfully submitted,

s/ James C. Vlahakis
James C. Vlahakis, Esq.
Counsel for Plaintiff
2500 S Highland Ave, Suite 200
Lombard, Illinois 60148
(630) 575-8181 (phone)
jvlahakis@sulaimanlaw.com

# CERTIFICATE OF SERVICE

I, James C. Vlahakis, an attorney, hereby certifies that on December 3, 2018, the foregoing **AGREED MOTION TO EXTEND DISCOVERY DEADLINE** was filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ James C. Vlahakis

James C. Vlahakis, Esq.
Counsel for Plaintiff
2500 S Highland Ave, Suite 200
Lombard, Illinois 60523
630-575-8181
jvlahakis@sulaimanlaw.com