IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD MOLINARI, Plaintiff, on behalf Of himself and a class of similarly situated individuals, ) ) ) ) Plaintiff, ) vs. ) ) FINANCIAL ASSET MANAGEMENT ) SYSTEMS, INC., ) ) Defendant. ) ) | Civil Action File No. 1:18-cv-01526 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S**
**FIRST SET OF REQUESTS FOR PRODUCTION**

COMES NOW, Financial Asset Management Systems, Inc., (hereinafter, "Defendant"), Defendant in the above-styled civil action, by and through its undersigned counsel, and responds to Plaintiff's First Set of Requests for Admissions as follows:

**OBJECTION**

Plaintiff defines "YOU," "YOUR" and "FAMS" as the "named Defendant, and any of its employees, principals, clients, customers, officers, representatives, agents, vendors, third party contractors, and/or assigns." Defendant objects to this definition as it does not have knowledge to exactly what its clients, customer, agents, vendors and/or third party contractors did or did not do. Defendant does not have any "assigns." When Defendant responds to any request regarding "YOU" it is only responding as to Defendant, its employees, principals and representative.

**RESPONSES**

1. Admit that YOU called telephone number 708-228-8132 in an effort to collect a student loan owed by Nicolette E. Campbell.

- 1 -

**ANSWER**: Admitted.

2. Admit that YOU obtained telephone number 708-228-8132 as a result of performing a skip trace on a person named Nicolette E. Campbell.

**ANSWER**: Admitted.

3. Admit that the underlying creditor of the debt allegedly owed by Nicolette E. Campbell did not provide YOU with telephone number 708-228-8132.

**ANSWER**: Admitted.

4. Admit that YOU did not obtain telephone number 708-228-8132 from any documents given to YOU by the underlying creditor.

**ANSWER**: Admitted.

5. Admit that YOU did not obtain telephone number 708-228-8132 from any documents given to YOU by Nicolette Campbell.

**ANSWER**: Admitted.

6. Admit that telephone number 708-228-8132 is not listed on Nicolette E. Campbell's SLM Financial Corporation Educational Loan Program Repayment Schedule and Truth-In-Lending Disclosure" which is a 5 page document.

**ANSWER**: Admitted.

7. Admit that YOU did not obtain telephone 708-228-8132 from any oral disclosure by Nicolette E. Campbell.

**ANSWER**: Admitted.

8. Admit that YOU did not obtain telephone 708-228-8132 from any oral disclosure to YOU by Plaintiff.

**ANSWER**: Admitted.

- 3 -

9. Admit that YOU placed over 50 calls to telephone number 708-228-8132 in 2017.

    **ANSWER**:    Admitted.

10. Admit that YOU placed over 50 calls to telephone number 708-228-8132 in 2017 in an attempt to collect a debt allegedly owed by Nicolette Campbell.

    **ANSWER**:    Admitted.

11. Admit that YOU placed over 100 calls to telephone number 708-228-8132 in 2017.

    **ANSWER**:    Denied.

12. Admit that YOU placed over 100 calls to telephone number 708-228-8132 in 2017 in an attempt to collect a debt allegedly owed by Nicolette Campbell.

    **ANSWER**:    Denied.

13. Admit that YOUR collection notes document at least one outbound telephone call to telephone number 708-228-8132 where an employee or agent of FAMS spoke with an unidentified male.

    **ANSWER**:    Denied.

14. Admit that YOUR collection notes document at least one outbound telephone call to telephone number 708-228-8132 where an employee or agent of FAMS spoke with an unidentified male and the collection notes indicate that the unidentified male reported that YOU that YOU had called the wrong number.

    **ANSWER**:    Denied.

15. Admit that YOUR collection notes document at least one outbound telephone call to telephone number 708-228-8132 where an employee or agent of FAMS spoke with an unidentified male and the collection notes indicate that the unidentified male reported that YOU that he was not the person YOU were attempting to call.

**ANSWER**: Denied.

16. Admit that YOUR collection notes document two outbound telephone calls to telephone number 708-228-8132 where an employee or agent of FAMS spoke with an unidentified male and the collection notes indicate (at least on two occasion) that the unidentified male reported that YOU that YOU had called the wrong number.

**ANSWER**: Denied.

17. Admit that YOUR collection notes document two outbound telephone calls to telephone number 708-228-8132 where an employee or agent of FAMS spoke with an unidentified male and the collection notes indicate (at least on two occasion) that the unidentified male reported that YOU that he was not the person YOU were attempting to call

**ANSWER**: Denied.

18. Admit that on November 16, 2017, YOU left the following prerecorded message on the voicemail of telephone number 708-228-8132 in an attempt to collect a debt allegedly owed by Nicolette Campbell

> "Hello this is FAMS, a debt collector, this is an attempt to collect a debt. Our records indicate that we have not yet received one or more payments necessary to continue the reduced interest program. We are happy toassist with any questions YOU may have in this process. Please call us at 866-330-2703. Again that number is 866-330-2703. Thank YOU."

**ANSWER**: Defendant objects to Plaintiff's Request for Admission No. 18 on the basis that it does not understand the phrase "left the following prerecorded message on the voicemail of telephone number." Defendant did not make a call to a telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

19. Admit that on November 24, 2017, YOU left the following prerecorded message on the voicemail of telephone number 708-228-8132 in an attempt to collect a debt allegedly owed by Nicolette Campbell

> "Hello this is FAMS, a debt collector, this is an attempt to collect a debt. Please call us at 866-330-2703. Again that number is 866-330-2703. Thank YOU."

**ANSWER**: Defendant objects to Plaintiff's Request for Admission No. 19 on the basis that it does not understand the phrase "left the following prerecorded message on the voicemail of telephone number." Defendant did not make a call to a telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

20. Admit that on December 4, 2017, YOU left the following prerecorded message on the voicemail of telephone number 708-228-8132 in an attempt to collect a debt allegedly owed by Nicolette Campbell

> "Hello this is FAMS, a debt collector, this is an attempt to collect a debt. Please call us at 866-330-2703. Again that number is 866-330-2703. Thank YOU."

**ANSWER**: Defendant objects to Plaintiff's Request for Admission No. 20 on the basis that it does not understand the phrase "left the following prerecorded message on the voicemail of telephone number." Defendant did not make a call to a telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

21. Admit that prior to April 26, 2018, YOU were in possession, custody or control account notes and/or call logs which documented that YOU called telephone number 708-228-8132 in November and December of 2017.

**ANSWER**: Admitted.

22. YOU were in possession, custody or control account notes and/or call logs which documented that YOU called telephone number 708-228-8132.

**ANSWER**: Admitted.

23. Admit that prior to April 26, 2018, records (account notes and/or call logs) in YOUR possession, custody or control documented that YOU called a telephone number 708-228-8132 in an attempt to collect a debt allegedly owed by Nicolette Campbell.

**ANSWER**: Defendant admits that the records in its possession, custody or control document that it called 708-228-8132. Defendant denies that the records themselves show that a call to that telephone number show that it was an attempt to collect a debt owed by Nicolette Campbell.

24. Admit that prior to April 26, 2018, records (account notes and/or call logs) in YOUR possession, custody or control documented that YOU left prerecorded voice messages on the voice mail associated with telephone number 708-228-8132.

**ANSWER**: Defendant objects to Plaintiff's Request for Admission No. 24 on the basis that it does not understand the phrase "left prerecorded voice messages on the voice mail associated with telephone number." Defendant did not make a call to a telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

25. Admit that prior to April 26, 2018, records (account notes and/or call logs) in YOUR possession, custody or control documented that YOU left prerecorded voice messages on the voice mail associated with telephone number 708-228-8132 in an attempt to collect a debt allegedly owed by Nicolette Campbell.

**ANSWER**: Defendant objects to Plaintiff's Request for Admission No. 25 on the basis that it does not understand the phrase "left prerecorded voice messages on the voice mail associated with telephone number." Defendant did not make a call to a telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

26. Admit that on December 4, 2017, YOU left the following prerecorded message on the voice mail of telephone number 708-228-8132 in an attempt to collect a debt allegedly owed by Nicolette Campbell: "Hello this is FAMS, a debt collector, this is an attempt to collect a debt. Please call us at 866-330-2703. Again that number is 866-330-2703. Thank YOU."

**ANSWER**: Defendant objects to Plaintiff's Request for Admission No. 26 on the basis that it does not understand the phrase "left the following prerecorded message on the voicemail of telephone number." Defendant did not make a call to a telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

27. Admit that YOUR account notes and/or call logs show that YOU placed over 25 calls to telephone number 708-228-8132 in 2018.

**ANSWER**: Admitted.

28. Admit that YOUR account notes and/or call logs show that YOU placed over 50 calls to telephone number 708-228-8132 in 2018.

**ANSWER**: Denied.

29. Admit that YOUR account notes and/or call logs show that YOU placed over 75 calls to telephone number 708-228-8132 in 2018.

**ANSWER**: Denied.

30. Admit that YOUR account notes and/or call logs show that YOU left at least 10 prerecorded voice messages on the voice mail of telephone number 708-228-8132 in 2017.

**ANSWER**: Denied.

31. Admit that YOUR account notes and/or call logs show that YOU left at least 25 prerecorded voice messages on the voice mail of telephone number 708-228- 8132 in 2017.

**ANSWER**: Denied.

32. Admit that YOUR account notes and/or call logs show that YOU left at least 50 prerecorded voice messages on the voice mail of telephone number 708-228- 8132 in 2017.

**ANSWER**: Denied.

33. Admit that YOUR account notes and/or call logs show that YOU left at least 10 prerecorded voice messages on the voice mail of telephone number 708-228- 8132 in 2018.

**ANSWER**: Denied.

34. Admit that YOUR account notes and/or call logs show that YOU left at least 25 prerecorded voice messages on the voice mail of telephone number 708-228-8132 in 2018.

**ANSWER**: Denied.

35. Admit that YOUR account notes and/or call logs show that YOU left over 25 prerecorded voice messages on the voice mail of telephone number 708-228-8132 in 2018.

**ANSWER**: Denied.

36. Admit that YOU called telephone number 708-228-8132 after YOUR account notes and/or call records show that one of YOUR employees and/or agents documented that a male had answered and outbound call and informed YOUR employee and/or agent that YOU were calling the wrong person.

**ANSWER**: Denied.

- 9 -

37. Admit that YOU called telephone number 708-228-8132 more than 10 times after YOUR account notes and/or call records show that one of YOUR employees and/or agents documented that a male had answered and outbound call and informed YOUR employee and/or agent that YOU were calling the wrong person.

  **ANSWER**: Denied.

38. Admit that YOU called telephone number 708-228-8132 more than 20 times after YOUR account notes and/or call records show that one of YOUR employees and/or agents documented that a male had answered and outbound call and informed YOUR employee and/or agent that YOU were calling the wrong person.

  **ANSWER**: Denied.

39. Admit that YOU called telephone number 708-228-8132 more than 30 times after YOUR account notes and/or call records show that one of YOUR employees and/or agents documented that a male had answered and outbound call and informed YOUR employee and/or agent that YOU were calling the wrong person.

  **ANSWER**: Denied.

40. Admit that when persons answering outbound calls placed by YOU indicate that they are not the person that YOU are attempting to reach, YOUR agents and/or employees required to document this type of incident within the collection notes related to that particular call.

  **ANSWER**: Admitted.

41. Admit that when persons answering outbound calls placed by YOU indicate that they are not the person that YOU are attempting to reach, YOUR agents and/or employees required to document this type of incident through the use of a specific numeric code.

  **ANSWER**: Denied.

42. Admit that when persons answering outbound calls placed by YOU indicate that they are not the person that YOU are attempting to reach, YOUR agents and/or employees required to document this type of incident through the use of a specific alpha code.

 **ANSWER**: Denied.

43. Admit that when persons answering outbound calls placed by YOU indicate that they are not the person that YOU are attempting to reach, YOUR agents and/or employees required to document this type of incident through the use of a specific abbreviation.

 **ANSWER**: Denied.

44. Admit that when persons answering outbound calls placed by YOU indicate that they are not the person that YOU are attempting to reach, YOUR agents and/or employees required to document this type of incident through the use of a specific acronym.

 **ANSWER**: Denied.

45. Admit that when persons answering outbound calls placed by YOU indicate that YOU have called the wrong number or wrong person, YOUR agents and/or employees required to document this type of incident within the collection notes related to that particular call.

 **ANSWER**: Admitted.

46. Admit that when persons answering outbound calls placed by YOU indicate that they are not the person that YOU are attempting to reach, YOUR agents and/or employees required to document this type of incident through the use of a specific numeric code.

 **ANSWER**: Denied.

47. Admit that when persons answering outbound calls placed by YOU indicate that YOU called the wrong number or wrong person, YOUR agents and/or employees required to document this type of incident through the use of a specific alpha code.

**ANSWER**: Denied.

48. Admit that when persons answering outbound calls placed by YOU indicate that YOU called the wrong number or wrong person, YOUR agents and/or employees required to document this type of incident through the use of a specific abbreviation.

**ANSWER**: Denied.

49. Admit that when persons answering outbound calls placed by YOU indicate that YOU called the wrong number or wrong person, YOUR agents and/or employees required to document this type of incident through the use of a specific acronym.

**ANSWER**: Denied.

50. Admit that the narrative or notes section of YOUR debtor specific account notes can be exported into an Excel document to locate incidents when persons answering outbound calls placed by YOU indicated that YOU called the wrong number or wrong person, by searching YOUR records for a specific acronym that YOU have associated with wrong number or wrong person reports.

**ANSWER**: Denied.

51. Admit that YOUR debtor specific account records can be searched to locate incidents when persons answering outbound calls placed by YOU indicated that YOU called the wrong number or wrong person, by searching YOUR records for a specific numeric code that YOU have associated with wrong number or wrong person reports.

**ANSWER**: Denied.

52. Admit that YOUR debtor specific account records can be searched to locate incidents when persons answering outbound calls placed by YOU indicated that YOU called the wrong number

or wrong person, by searching YOUR records for a specific alpha code that YOU have associated with wrong number or wrong person reports.

**ANSWER**: Denied.

53. Admit that YOUR debtor specific account records can be searched to locate incidents when persons answering outbound calls placed by YOU indicated that YOU called the wrong number or wrong person, by searching YOUR records for a specific acronym that YOU have associated with wrong number or wrong person reports.

**ANSWER**: Denied.

Respectfully submitted, this 24th day of July, 2018.

By:/s/Nicole M. Strickler
Nicole M. Strickler
Messer Strickler, Ltd.
225 W. Washington, Suite 575
Chicago, Illinois 60606
nstrickler@messerstrickler.com

**CERTIFICATE OF SERVICE**

  I hereby certify that I have this date served all parties of record with a copy of the foregoing Defendant's Response to Plaintiff's First Set of Request for Admissions by email and by depositing a copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

James Vlahaskis
Mohammed O. Badwan
Ahmad T. Sulaiman
Eric D. Coleman
Omar T. Sulaiman
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue
Suite 200
Lombard, IL 60148

  Respectfully submitted, this 24th day of July, 2018.

By:/s/ Nicole M. Strickler
Nicole M. Strickler
Messer Strickler, Ltd.
225 W. Washington, Suite 575
Chicago, Illinois 60606
nstrickler@messerstrickler.com
