# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHARD MOLINARI,<br><br>Plaintiff, on behalf of himself and a class of similarly situated individuals,<br><br>v.<br><br>FINANCIAL ASSET MANAGEMENT SYSTEMS, INC.,<br><br>Defendant. | 18-cv-01526<br><br>Honorable Judge Sara L. Ellis |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE MEMORANDUM OF SUPPORT INSTANTER, NUC PRO TUN

NOW COMES Plaintiff RICHARD MOLINARI, by and through his attorney, James C. Vlahakis and moves this Honorable Court for leave to file his Memorandum of Law in Support of His Motion to Certify, *instanter, nunc pro tunc*, and in support states:

1. Due to competing deadlines, Plaintiff seeks one additional day to submit his Memorandum of Law in Support.

2. Further, Plaintiff is required to submit certain documents under seal as required by a protective order and confidential designations made by Defendant.

3. No harm or prejudice will come from granting a one day extension.

>*/s/ James C. Vlahakis*
>James C. Vlahakis
>2500 S. Highland Avenue, Suite 200
>Lombard, IL 60148
>Phone No.: 630-581-5456
>Fax No.: 630-575-8188
>jvlahakis@sulaimanlaw.com
>
>*Attorney for Plaintiff Richard Molinari and the proposed class members*

**CERTIFICATE OF SERVICE**

I, James C. Vlahakis, certify that on October 8, 2019, I caused to be filed the above referenced document via the district's ECF system, which shall serve a file stamped copy of this document on all counsel of record.

/s/ James C. Vlahakis