**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHARD MOLINARI, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| vs. ) | 1:18-cv-01526 |
| ) | |
| FINANCIAL ASSET MANAGEMENT ) | Hon. Judge Sara L. Ellis |
| SYSTEMS, INC., ) | |
| ) | Hon. Mag. Judge Michael T. Mason |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION TO FILE RESPONSE IN EXCESS OF PAGE LIMIT**

Defendant, FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., ("FAMS" or "Defendant"), by and through their undersigned attorneys and pursuant to Local Rule 7.1, respectfully requests that this Court grant Defendant leave to file a brief in the amount of 25 pages

1. Local Rule 7.1 provides that "[n]either a brief in support of or in opposition to any motion nor objections to a report and recommendation or order of a magistrate judge or special master shall exceed 15 pages without prior approval of the court. Briefs that exceed the 15-page limit must have a table of contents with the pages noted and a table of cases. Any brief or objection that does not comply with this rule shall be filed subject to being stricken by the court.

2. This matter is a complex, class action filed under the Telephone Consumer Protection Act.

3. Plaintiff filed his 17-page memorandum in support of class certification on October 9th, 2019.

4. Defendant's response is 25 pages. While Defendant has been cautious of undue repetition, it believes that the full 25 pages is necessary to properly respond to Plaintiff's contentions.

5. Defendant has included the requisite table to contents required in Rule 7.1

6. WHEREFORE, Defendant, Financial Asset Management Systems, Inc., respectfully requests that this Court allow it to file a 25-page response in opposition to class certification.

Dated: November 19, 2019                  Respectfully Submitted,

**FINANCIAL ASSET MANAGEMENT SYSTEMS, INC.**

By: /s/ Nicole M. Strickler
Nicole M. Strickler
Messer Strickler, Ltd.
225 W. Washington Street, Suite 575
Chicago, Illinois 60606
312-334-3469
312-334-3473 (fax)
IL # 6298459
nstrickler@messerstrickler.com

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on <u>November 19, 2019</u>, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide notice to all counsel of record.

  By: <u>/s/ Nicole M. Strickler</u>
  Nicole M. Strickler
  Messer Strickler, Ltd.
  225 W. Washington Street, Suite 575
  Chicago, Illinois 60606
  312-334-3469
  312-334-3473 (fax)
  IL # 6298459
  nstrickler@messerstrickler.com