# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHARD MOLINARI, | ) |
| Plaintiff, | ) Civil Action File No. |
| vs. | ) 1:18-cv-01526 |
| FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., | ) Hon. Judge Sara L. Ellis |
| Defendant. | ) |

## PARTIES' NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND MOTION TO VACATE CLASS CERTIFICATION BRIEFING SCHEDULE

NOW COME the Plaintiff RICHARD MOLINARI ("Plaintiff") and Defendant FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., ("FAMS" or "Defendant"), by and through their undersigned attorneys, to inform this Honorable Court that the parties have engaged in meaningful settlement discussions which has resulted in a proposed class action-based settlement as set forth below and accordingly vacate the class certification briefing schedule pursuant to FRCP 23(d)(1)(E):

1. The Parties have expanded the scope of the class-based settlement to potentially include all Illinois based cellphone numbers[1] that received pre-recorded voice messages on behalf of Defendant – where the recipients did not consent to receive the pre-recorded voice messages.

2. Plaintiff's counsel is in the process of identifying the additional cellular telephone numbers and is drafting a proposed Class Action Settlement Agreement to present to this Honorable Court along with a Motion for Preliminary Approval of Proposed Class Action Settlement.

---

[1] The class originally proposed by Plaintiff's Renewed Motion to Certify intended to include cellphone numbers with area codes from the Northern District of Illinois.

3. Plaintiff's counsel anticipates filing a Motion for Preliminary Approval of Proposed Class Action Settlement on or before Friday, March 26, 2021.

4. FRCP 23(d)(1)(E) states that [i]n conducting an action under this rule, the court may issue orders that . . . deal with [] procedural matters" related to class certification. Accordingly, because the parties have reached a class action-based settlement in principal and is currently being formalized, the parties respectfully request that this Court vacate the briefing schedule on Plaintiff's Renewed Motion for Class Certification [ECF Dkt. 90].

WHEREFORE, Plaintiff Richard Molinari and Defendant Financial Asset Management Systems, Inc., respectfully request that this Court vacate the pending briefing schedule on Plaintiff's Renewed Motion for Class Certification [ECF Dkt. 90] based upon the proposed class action-based settlement that the parties have entered into and are in the process of formalizing.

Respectfully Submitted,

*/s/ James C. Vlahakis*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone No.: 630-581-5456
Fax No.: 630-575-8188
jvlahakis@sulaimanlaw.com

*Counsel for Plaintiff Richard Molinari*
*and the proposed class members*

*/s/ Jonathan K. Aust (pro hac)*
Bedard Law Group, P.C.
4855 River Green Parkway, Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
www.bedardlawgroup.com

*Counsel for Defendant FINANCIAL ASSET*
*MANAGEMENT SYSTEMS, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2021, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide notice to all counsel of record.

By: */s/ James C. Vlahakis*