**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHARD MOLINARI, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| vs. ) | 1:18-cv-01526 |
| ) | |
| FINANCIAL ASSET MANAGEMENT ) | Hon. Judge Sara L. Ellis |
| SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AGREED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

NOW COME the Plaintiff RICHARD MOLINARI ("Plaintiff") by and through his counsel, James C. Vlahakis, and moves for an additional two weeks to file the Parties' Agreed Motion for Preliminary Approval of Proposed Class Action Settlement and in support states:

1. As noted in the Parties' Notice of Settlement [Dkt.], the Parties have expanded the scope of the class-based settlement to potentially include all Illinois based cellphone numbers[1] that received pre-recorded voice messages on behalf of Defendant – where the recipients did not consent to receive the pre-recorded voice messages.

2. Plaintiff's counsel was the process of diligently identifying the additional cellular telephone numbers and is drafting a proposed Class Action Settlement Agreement to present to this Honorable Court along with a Motion for Preliminary Approval of Proposed Class Action Settlement.

3. However, since the Parties filed their Notice of Proposed Settlement on March 22, 2021 [Dkt. 106], Plaintiff's counsel's father passed away unexpectedly at the

---

[1] The class originally proposed by Plaintiff's Renewed Motion to Certify intended to include cellphone numbers with area codes from the Northern District of Illinois.

1

begging of April. Thereafter, Plaintiff's counsel's has engaged in estate related matters taking place in the state of Michigan. Additionally, in the end of May 2021, a very close (20 year) family friend of Plaintiff's counsel passed away unexpectedly which necessitated Plaintiff's counsel stepping in to assist the widow, children and parents of the deceased with funeral related and various end of life matters.

4. No harm or prejudice will result from granting this motion.

WHEREFORE, Plaintiff Richard Molinari respectfully request that this Court vacate the June 23, 2021 preliminary approval hearing date, set a filing date of July 6, 2021 for the filing of Parties' Motion for Preliminary Approval of Proposed Class Action Settlement and set a preliminary approval hearing date of the Court's choosing.

Respectfully Submitted,

*/s/ James C. Vlahakis*
James C. Vlahakis
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone No.: 630-581-5456
Fax No.: 630-575-8188
jvlahakis@sulaimanlaw.com

*Counsel for Plaintiff Richard Molinari*
*and the proposed class members*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2021, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide notice to all counsel of record.

By: */s/ James C. Vlahakis*