**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD MOLINARI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| vs. | ) | 1:18-cv-01526 |
| | ) | |
| FINANCIAL ASSET MANAGEMENT | ) | Hon. Judge Sara L. Ellis |
| SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S *CORRECTED*[1] AMENDED AGREED MOTION FOR EXTENSION OF
TIME TO FILE AGREED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED
CLASS ACTION SETTLEMENT**

NOW COME Plaintiff RICHARD MOLINARI ("Plaintiff") by and through his

counsel, James C. Vlahakis, and with the consent of Defendant, moves for an additional

time to file the Parties' Agreed Motion for Preliminary Approval of Proposed Class Action

Settlement and in support states:

1.      As noted in the Parties' Notice of Settlement [Dkt. 106], the Parties have

expanded the scope of the class-based settlement to potentially include all Illinois based

cellphone numbers[2] that received pre-recorded voice messages on behalf of Defendant

– where the recipients did not consent to receive the pre-recorded voice messages.

2.      Plaintiff's counsel was the process of diligently identifying the additional

cellular telephone numbers and is drafting a proposed Class Action Settlement

Agreement to present to this Honorable Court along with a Motion for Preliminary

Approval of Proposed Class Action Settlement.

---

[1] This Corrected Amended Motion, corrects highlight that was not removed from Plaintiff's
Amended Motion. Dkt. 109.

[2] The class originally proposed by Plaintiff's Renewed Motion to Certify intended to include
cellphone numbers with area codes from the Northern District of Illinois.

3.      However, since the Parties filed their Notice of Proposed Settlement on March 22, 2021 [Dkt. 106], Plaintiff's counsel's father passed away unexpectedly at the begging of April. Thereafter, Plaintiff's counsel's has engaged in estate related matters taking place in the state of Michigan.  Additionally, in the end of May 2021, a very close (20 year) family friend of Plaintiff's counsel passed away unexpectedly which necessitated Plaintiff's counsel stepping in to assist the widow, children and parents of the deceased with funeral related and various end of life matters.

4.      Additionally, defense counsel is engaged in numerous matters which necessitates extending the time for the parties to prepare and review (in addition to identifying the scope of the extended proposed class).

5.      No harm or prejudice will result from granting this motion.

WHEREFORE, Plaintiff Richard Molinari respectfully request that this Court (**a**) vacate the June 23, 2021 preliminary approval hearing date, (**b**) reset a filing date of July 21, 2021 for the filing of Parties' Motion for Preliminary Approval of Proposed Class Action Settlement and (**c**) set a preliminary approval hearing date of the Court's choosing.

Respectfully Submitted,

*/s/ James C. Vlahakis*
James C. Vlahakis
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone No.:  630-581-5456
Fax No.: 630-575-8188
jvlahakis@sulaimanlaw.com

*Counsel for Plaintiff Richard Molinari*
*and the proposed class members*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2021, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide notice to all counsel of record.

By:  */s/ James C. Vlahakis*