**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD MOLINARI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| vs. | ) | 1:18-cv-01526 |
| | ) | |
| FINANCIAL ASSET MANAGEMENT | ) | Hon. Judge Sara L. Ellis |
| SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AGREED JOINT MOTION FOR EXTENSION OF TIME TO FILE AGREED MOTION
FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

NOW COME Plaintiff RICHARD MOLINARI and Defendant FINANCIAL ASSET

MANAGEMENT, INC. ("the Parties"), by and through the undersigned, and jointly move

for additional time to file the Parties' Agreed Motion for Preliminary Approval of Proposed

Class Action Settlement and in support states:

1.      As noted in the Parties' Notice of Settlement [Dkt. 106], the Parties have

expanded the scope of the class-based settlement to potentially include all Illinois based

cellphone numbers[1] that received pre-recorded voice messages on behalf of Defendant

– where the recipients did not consent to receive the pre-recorded voice messages.

2.      The parties have been working in conjunction with KCC, a noted third-

party claims administrator. The parties are reviewing the data and believe that there

may be a total of 1,419 potential class members identified by unique cell-phone

numbers.

3.      With the above task completed, Plaintiff's counsel is near the completion

of a proposed Class Action Settlement Agreement, Motion for Preliminary Approval and

---

[1] The class originally proposed by Plaintiff's Renewed Motion to Certify intended to include
cellphone numbers with area codes from the Northern District of Illinois.

1

Memorandum of Law in Support. In light of counsels' professional schedules and scheduled time-off by Plaintiffs' counsel, the parties request until August 18, 2021 to file the parties' Motion for Preliminary Approval.

4. No harm or prejudice will result from granting this motion.

WHEREFORE, on behalf of the Parties, Plaintiff Richard Molinari respectfully request that this Court (**a**) vacate all presently scheduled dates (**b**) set August 18, 2021 as the date for the parties to file their Motion for Preliminary Approval and (**c**) set a preliminary approval hearing date sometime after August 18, 2021.


Respectfully Submitted,

*/s/ James C. Vlahakis*
James C. Vlahakis
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone No.: 630-581-5456
Fax No.: 630-575-8188
jvlahakis@sulaimanlaw.com

*Counsel for Plaintiff Richard Molinari*
*and the proposed class members*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2021, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide notice to all counsel of record.

By:  /s/ James C. Vlahakis