IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD MOLINARI, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> FINANCIAL ASSET MANAGEMENT ) <br> SYSTEMS, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action File No. <br> 1:18-cv-01526 <br><br> Hon. Judge Sara L. Ellis |

**MOTION FOR EXTENSION OF TIME TO FILE AGREED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

NOW COMES Plaintiff RICHARD MOLINARI ("Plaintiff") by and through the undersigned and moves for additional time to file the Parties' Agreed Motion for Preliminary Approval of Proposed Class Action Settlement and in support states:

1. As noted in the Parties' Notice of Settlement [Dkt. 106], the Parties have expanded the scope of the class-based settlement to potentially include all Illinois based cellphone numbers[1] that received pre-recorded voice messages on behalf of Defendant – where the recipients did not consent to receive the pre-recorded voice messages.

2. In conjunction with KCC, a noted third-party claims administrator, the Parties believe that there may be a total of 1,419 potential class members identified by unique cell-phone numbers.

3. With the above task completed, Plaintiff's counsel is nearing the completion of a proposed Class Action Settlement Agreement, Motion for Preliminary

---

[1] The class originally proposed by Plaintiff's Renewed Motion to Certify intended to include cellphone numbers with area codes from the Northern District of Illinois.

Approval and Memorandum of Law in Support.[2] Thereafter, defense counsel will review the documentation and proposed potential edits.

4. Plaintiff requests until September 3, 2021 to file the Parties' Motion for Preliminary Approval.

5. No harm or prejudice will result from granting this motion.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court (**a**) vacate all presently scheduled dates (**b**) set September 3, 2021 as the date for the parties to file their Motion for Preliminary Approval and (**c**) set a preliminary approval hearing date at a time convenient for the Court.

Respectfully Submitted,

*/s/ James C. Vlahakis*
James C. Vlahakis
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone No.: 630-581-5456
Fax No.: 630-575-8188
jvlahakis@sulaimanlaw.com

*Counsel for Plaintiff Richard Molinari
and the proposed class members*

---

[2] Plaintiff's counsel's final drafts have been delayed by other work commitments, a brief vacation and a short hospitalization.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on <u>August 18, 2021</u>, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide notice to all counsel of record.

                                         By: <u>*/s/ James C. Vlahakis*</u>