## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RICHARD MOLINARI, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| vs. ) | 1:18-cv-01526 |
| ) | |
| FINANCIAL ASSET MANAGEMENT ) | Hon. Judge Sara L. Ellis |
| SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AGREED MOTION FOR PRELIMINARY APPROVAL OF A PROPOSED CLASS ACTION SETTLEMENT**

NOW COME Plaintiff RICHARD MOLINARI and in moving for additional time to file the Parties' Agreed Motion for Preliminary Approval of a Proposed Class Action Settlement states as follows:

1. Plaintiff's counsel is diligently preparing the necessary paperwork to submit an Agreed Motion for Preliminary Approval of a Proposed Class Action Settlement, but the timing of the finalized documents is taking longer than anticipated in light of the departure of Plaintiff's counsel's paralegal (who has left her employment to embark on law school). Additionally, other professional obligations have impacted counsel's available time as a result of the recent departure of a junior associate.

2. Lastly, as one part of a duo of working parents, the undersigned has been required to undertake additional parenting responsibilities while his spouse has had to attend to work duties and jury duty in federal court during the present week.

3. Accordingly, Plaintiff seeks to extend the filing of the Parties' Agreed Motion for Preliminary Approval of a Proposed Class Action Settlement by one month.

4. No harm or prejudice will result from granting this motion.

5. Plaintiff's counsel apologizes to the Court for delaying the filing of the Parties' Agreed Motion for Preliminary Approval of a Proposed Class Action Settlement and related exhibits in support.

WHEREFORE, on behalf of the Parties, Plaintiff Richard Molinari respectfully request that this Court (**a**) vacate all presently scheduled dates (**b**) set Friday October 15, 2021 as the date for the parties to file the Parties' Agreed Motion for Preliminary Approval of a Proposed Class Action Settlement and related exhibits in support, and (**c**) set a preliminary approval hearing date sometime after October 15, 2021.

Respectfully Submitted,

*/s/ James C. Vlahakis*
James C. Vlahakis
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone No.: 630-581-5456
Fax No.: 630-575-8188
jvlahakis@sulaimanlaw.com

*Counsel for Plaintiff Richard Molinari
and the proposed class members*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 15, 2021, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide notice to all counsel of record.

                                  By:  */s/ James C. Vlahakis*