IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD MOLINARI, Plaintiff, on behalf Of himself and a class of similarly situated individuals, <br><br> Plaintiff, <br> vs. <br><br> FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., <br><br> Defendant. | Civil Action File No. <br> 1:18-cv-01526 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE AGREED MOTION FOR PRELIMINARY APPROVAL OF A PROPOSED CLASS ACTION SETTLEMENT**

COMES NOW Defendant Financial Asset Management Systems, Inc. ("FAMS") and moves this Honorable Court to extend the time-period for the Parties to file an agreed motion for preliminary approval of a proposed class action settlement for twenty-one (21) days and in support of which FAMS states as follows:

1. On March 22, 2021, the Parties filed their Notice of Proposed Class Action Settlement and Motion to Vacate Class Certification Briefing Schedule. Doc. 106. That notice informed the Court that the Parties tentatively settled the case on a class basis where the Parties agreed to expand the scope of the proposed class members from the Northern District of Illinois to encompass the entire state of Illinois. Plaintiff proposed that he would have the Motion for Preliminary Approval of Proposed Class Action Settlement filed on or before March 26, 2021.

2. Since that deadline, Plaintiff has requested extension for preparing and filing settlement documents on the following days: June 22, 2021 [Doc. 108], Jun 23, 2021, [Doc. 109 and

110], July 21, 2021 [Doc. 112], August 18, 2021 [Doc. 115], and September 15, 2021 [Doc. 118].

3. On September 21, 2021, the Court granted Plaintiff's latest request for an extension and ordered that the Motion for Preliminary Approval must be filed by October 15, 2021. Doc. 119. The Court also held that "This is the final extension." Doc. 119.

4. On Thursday, October 7, 2021, six (6) business days before the settlement documents were due, Plaintiff sent FAMS the following class settlement documents:

   a. Joint Motion for Preliminary Approval of Class Certification and Proposed Settlement,

   b. Proposed Conditional Order Certifying the Class and Granting Preliminary Approval of Settlement,

   c. Class Action Settlement Agreement, and.

   d. Class Action Notice.

5. FAMS understands and appreciates the work that Plaintiff has done to compile the class data and settlement documents, however, by sending the settlement documents to FAMS so late he has provided FAMS only six (6) business days to review, edit and discuss them with counsel and its insurance carrier. Plaintiff, on the other hand, had almost seven (7) months to work on these documents and requested several extensions for various different reasons.

6. On Thursday, October 14, 2021, the day before the deadline, Plaintiff provided FAMS with the brief in support of the motion which is referenced throughout the proposed motion.

7. Six (6) business days is an unreasonably short time period for FAMS to fully review and edit all the class settlement documents. The undersigned counsel has been diligently reviewing and editing these documents but due to the short time period and counsel's other personal

and professional obligations will not be able to complete the review let alone provide guidance to its client regarding these documents.

8. FAMS would be prejudiced if they were required to simply rubber stamp the settlement documents and file them on October 15, 2021. FAMS needs additional time to fully review and edit all the settlement documents and discuss those documents its counsel and insurance carrier.

9. For these reasons, FAMS requests an extension through November 10, 2021 for the Parties to file the class settlement documents.

WHEREFORE, FAMS respectfully requests that this Motion be granted and that the deadline to file the class settlement documents be extended through and including November 10, 2021.

Respectfully submitted this 15th day of October 2021.

                                                  **BEDARD LAW GROUP, P.C.**
/Jonathan K. Aust
Jonathan K. Aust
*Admitted pro hac vice*

4855 River Green Parkway
Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
jaust@bedardlawgroup.com
*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHARD MOLINARI, Plaintiff, on behalf Of himself and a class of similarly situated individuals, <br><br> Plaintiff, <br> vs. <br><br> FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., <br><br> Defendant. | Civil Action File No. <br> 1:18-cv-01526 |

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I caused to be electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

James C. Vlahakis
jvlahakis@sulaimanlaw.com

Ahmad Tayseer Sulaiman
ahmad.sulaiman@sulaimanlaw.com

Mohammed Omar Badwan
mbadwan@sulaimanlaw.com

Omar Tayseer Sulaiman
osulaiman@sulaimanlaw.com

    Respectfully submitted this 15th day of October 2021.

**BEDARD LAW GROUP, P.C.**
/Jonathan K. Aust
Jonathan K. Aust
*Admitted pro hac vice*

4855 River Green Parkway
Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
jaust@bedardlawgroup.com
*Counsel for Defendant*