IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD MOLINARI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| vs. | ) | 1:18-cv-01526 |
| | ) | |
| FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., | ) ) | Hon. Judge Sara L. Ellis |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ONE DAY EXTENSION OF TIME TO FILE AGREED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

NOW COME Plaintiff RICHARD MOLINARI ("Plaintiff") and FINANCIAL ASSET MANAGEMENT SYSTEMS, INC. ("Defendant") (collectively the "Parties") and jointly move for a one-day extension of time to file the Parties' Agreed Motion for Preliminary Approval of Proposed Class Action Settlement:

1. The Parties have exchanged which they hope to be final edits on a majority of the soon-to-be filed documents. Both sides need to obtain final approval of the various edits from their respective clients as well as Defendant's insurer.

2. No harm or prejudice will result from granting this motion.

WHEREFORE, the Parties respectfully requests that this Honorable Court grant the Parties until November 11, 2021 to file their Joint Motion for Preliminary Approval of Proposed Class Action Settlement.

| For Plaintiff | For Defendant |
|---|---|
| /s/ James C. Vlahakis<br>Sulaiman Law Group, Ltd.<br>2500 South Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>630-575-8181<br>jvlahakis@sulaimanlaw.com | /s/ Jonathan K. Aust<br>Bedard Law Group, P.C.<br>4855 River Green Pkwy, Suite 310<br>Duluth, GA 30096<br>(678) 253-1871<br>jaust@bedardlawgroup.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 10, 2021, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide notice to all counsel of record.

                                     By: */s/ James C. Vlahakis*