### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD MOLINARI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| vs. | ) | 1:18-cv-01526 |
| | ) | |
| FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., | ) ) | Hon. Judge Sara L. Ellis |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE AGREED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

NOW COME Plaintiff RICHARD MOLINARI ("Plaintiff") and FINANCIAL ASSET MANAGEMENT SYSTEMS, INC. ("Defendant") (collectively the "Parties") and jointly move to extend time to file the Parties' Agreed Motion for Preliminary Approval of Proposed Class Action Settlement:

1. Earlier today the Parties exchanged which they hope to be final edits on a majority of the soon-to-be filed documents. Defense counsel needs to obtain final approval of the various edits from Defendant as well as Defendant's insurer.

2. No harm or prejudice will result from granting this motion.

WHEREFORE, the Parties respectfully requests that this Honorable Court grant the Parties until November 12, 2021 to file their Joint Motion for Preliminary Approval of Proposed Class Action Settlement.

| For Plaintiff | For Defendant |
|---|---|
| /s/ James C. Vlahakis | /s/ Jonathan K. Aust |
| Sulaiman Law Group, Ltd. | Bedard Law Group, P.C. |
| 2500 South Highland Avenue, Suite 200 | 4855 River Green Pkwy, Suite 310 |
| Lombard, Illinois 60148 | Duluth, GA 30096 |
| 630-575-8181 | (678) 253-1871 |
| jvlahakis@sulaimanlaw.com | jaust@bedardlawgroup.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2021, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide notice to all counsel of record.

By: */s/ James C. Vlahakis*