*Molinari v. Financial Asset Management Systems, Inc.*

Settlement Administrator

KCC
PO Box 43501
Providence RI 02940-3501

First Class Mail

Postage Paid

**COURT AUTHORIZED NOTICE OF POTENTIAL CLASS ACTION SETTLEMENT ("NOTICE")**

[Postal Service Bar Code]

**To:** [insert name]
[insert street]
[insert City, IL and ZIP-CODE]

**Claim Number:** [insert number]

**-You May Be Entitled to Receive Payment From a Potential Class Action Settlement-**

**See reverse side or go to** www.FAMStextmessageclassaction.com **for more information**

**Why Are You Receiving this NOTICE?** Your cellular number appears on records related to a proposed Class Action Settlement involving a federal lawsuit filed in the Northern District of Illinois as case no. 18-cv- 1526 involving Plaintiff Richard Molinari ("Plaintiff") and Defendant Financial Asset Management Systems, Inc. ("FAMS"). Plaintiff and FAMS are seeking court approval of a class action settlement involving certain pre-recorded messages that FAMS sent to voice-mail of Plaintiff's cellular phone where Plaintiff claims that the messages violated the Telephone Consumer Protection Act, 47 U.S.C. §227 and the Fair Debt Collection Practices Act, 15 U.S.C. §1692. Records indicate that FAMS sent pre-recorded voice-mail(s) to your cellular phone in the years 2015, 2016 and/or 2017. The Court has preliminarily appointed attorney James C. Vlahakis ("Class Counsel") to represent Class Members like yourself. Complete details regarding the lawsuit and the settlement terms (including certain court documents) can be found at www.FAMStextmessageclassaction.com. If you do not have access to the internet, you may request details about the settlement terms by writing to the claims administrator at P.O. Box ____, Chicago, IL [insert ZIP]. ***Make sure to list your Claim Number on your request.***

**What Are Your Options?** The Court has granted *preliminary* approval of a class action Settlement Funds of a maximum of $233,500.00 for the TCPA Class and $10,000.00 for the FDCPA Class. You have three (3) options. **First**, you can submit a claim form to receive compensation. You must submit a valid claim from by going to www.FAMStextmessageclassaction/claimform.com and following the instructions. If you do not have access to the internet, you may request a claim form from the claims administrator (KCC) at PO Box 43501 Providence RI 02940-3501. ***Make sure to include you Claim Number*** *on your request*. If you do not want to receive any compensation, you do not need to do anything else. **Second**, if you do not want to receive any compensation from FAMS, you do not need to do anything. **Third**, you are free to exclude yourself from the proposed settlement by attempting to negotiate your own settlement with FAMS. For more details, on how to exclude yourself, see the below section "**Excluding Yourself From The Settlement**".

**What Are You Entitled to Receive if You Submit a Claims Form?** FAMS has agreed to set aside funds to compensate Class Members. Class Members who file valid claims will be eligible to receive a portion of the Settlement Funds. The amount you may receive will depend on the number of valid claims submitted by Class Members, the amount of messages you received, the amount of any court-approved service award to Plaintiff and the amount of court-approved attorney's fees, costs and expenses. See the attached claim form at the end of this document.

**Excluding Yourself From The Settlement**. If you prefer to seek compensation from FAMS on your own or through your own attorney, you may exclude yourself from the settlement terms by going to www.FAMStextmessageclassaction/exclusionform.com and following the instructions.

**Objecting to the Settlement**. You object to the amount of the proposed settlement fund, the amount of compensation that the Court *may* award to Plaintiff for his role as a Class Representative and the amount of fees that the Court may provide to Class Counsel.

**When Will the Court Approve the Settlement?** On November __, 2021, the Court granted preliminary approval of the proposed settlement. A final "fairness hearing" has been scheduled for _____, 2022, at __ a.m./p.m. in Courtroom 1403 located at 219 N. Dearborn Ave., Chicago, IL 60604. During this hearing the court will hear objections, determine if the proposed settlement is fair and consider how to fairly compensate Plaintiff and Class Counsel.

**How Can You Receive More Information?** If you want to learn more information about the proposed settlement and/or you want to read various court documents, go to www._____.com

**CLAIM FORM**

I certify that before filing out this Claim From that I read or had the opportunity to read the Notice attached to this Claim Form which detail a proposed class action settlement and/or I have read or had the opportunity to read the Long-Form Notice hosted as www.FAMStextmessageclassaction.com com

With regard to the proposed settlement in the case of Richard Molinari vs. Financial Asset Management Systems, Inc., no. 18-cv-01526 (N.D. Ill.), I hereby make a claim for my share of the settlement in the above-captioned case.

I further certify under penalty of perjury that I was the subscriber, owner or primary user of the below listed cellular telephone number during one or more of the following years, 2015, 2016 and/or 2017.

X_____ (<-- sign your name)

Print or type your full name here →_____

_____
Address

_____
City                State            Zip

Cellular telephone number: _____

Month _____ and year _____ that you obtained the cellular number.

**THIS CLAIM FORM MUST BE MAILED TO KCC BY [INSERT DATE] AT:**

KCC
PO Box 43501
Providence RI 02940-3501